FILED

OCT 29 2020

AO 91 (Rev. 11/11) Criminal Complaint

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| CAMERON EMERSON CASEY RANKIN | ) Case No. SA:20-mj-1337 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2020 to Present__ in the county of __Bexar__ in the
__Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(4) | Any person who has been "adjudicated as a mental defective" or "committed to a mental institution" is prohibited under Federal law from shipping, transporting, receiving, or possessing any firearm or ammunition. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

David L. Snow, FBI-Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/29/2020

_____
Judge's signature

City and state: San Antonio, Texas

Honorable Henry J. Bemporad
Printed name and title

Max penalties: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 Special Assessment.

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA
v.
CAMERON EMERSON CASEY RANKIN

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR ARREST WARRANT

I, David L. Snow, a Task Force Officer with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of criminal complaint charging Cameron Emerson Casey Rankin, hereinafter referred to as Rankin, with a violation of Title 18 U.S.C. § 922(g)(4).

2. I am Task Force Officer with the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such, have been assigned to the FBI since February 2016. I have been a San Antonio Police Officer since 1997. I am currently assigned to the San Antonio Division, Joint Terrorism Task Force (JTTF), investigating domestic terrorism and other threat related matters. Since becoming a Task Force Officer, I have participated in several criminal and domestic terrorism investigations involving criminal matters and domestic terrorism organizations with ideologies including Racially Motivated Violent Extremism (RMVE), Anti-Government Extremists, and other threat related matters. I have conducted or participated in physical and electronic surveillance techniques including execution of arrest and search warrants. As a result of my own personal experiences, the training I have received, and the information

that I have obtained from working with other experienced law enforcement officers, I know the following:

3. This affidavit is being submitted for the limited purpose of obtaining a criminal complaint. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. The statements in this affidavit are based on my investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Rankin committed a violation of Title 18 U.S.C. § 922(g)(4).

## STATUTORY AUTHORITY

5. This investigation concerns the alleged violation of **Title 18 U.S.C. § 922(g)(4)** which prohibits a person, who has been adjudicated as a mental defective or committed to a mental institution, from shipping, transporting, receiving, or possessing any firearm or ammunition.

## PROBABLE CAUSE

6. The United States, including the Federal Bureau of Investigation, is conducting a criminal investigation of Rankin regarding violation of Title 18 U.S.C. § 922(g)(4).

7. A concerned citizen with no connection to law enforcement reported to FBI San Antonio that an individual identified as Cameron Rankin (Rankin) stated that it was his intention to overthrow the government. Rankin specifically stated that he wanted

2

to overthrow the "three letter agencies" such as the ATF, FBI, and IRS. When referring to law enforcement, Rankin stated, "These people are going to have to give in to my demands."

8. Open source checks of Rankin's Facebook profile, "Cameron Rankin" had a photo of Rankin standing with two unknown males, wearing Hawaiian shirts, carrying long guns, wearing ballistic plate carriers (a type of body armor), and posing in front of the Alamo. One of the males is holding a Boogaloo flag. The same photo was also posted to Rankin's Facebook timeline with the words, "#WeareDuncanLemp" superimposed over the photo. (Duncan Lemp was shot and killed in Montgomery County, Maryland, by a police SWAT team during execution of a search warrant at Lemp's residence. Lemp was a member of the Three Percenters group and since his death, Lemp has become a martyr for the Boogaloo Boys Movement.) In comments on Rankin's Facebook account, Rankin refers to himself as a "boog boi" and states that it his responsibility to stand against government corruption.

9. The term "Boogaloo," is a term used in the "accelerationist" culture to describe the collapse of the system, and impending civil war that will result from the collapse. The term is commonly used in anti-government groups. to a publication by the Middlebury Institute of International Studies regarding the Boogaloo movement in the wake of George Floyd's death and the following nationwide protests: The Boogaloo (also known as the Big Luau, the Big Igloo, or the Bungalow) is seen as the breaking point where government oppression is finally met with revolutionary violence from armed citizens. According to posts across Facebook, Telegram, and Twitter, many "Boogaloo Bois" see the protests as the catalyst that will finally begin the violent upheaval they

3

crave. Adherents promote a race-neutral conception of a revolution, predicting a grand alliance between right libertarians, anarchists, and Black nationalists that will achieve victory and overthrow government. During the first two days of protests, a small number of Boogaloo Bois-- white, male, heavily armed, and clad in Hawaiian shirts-- deployed to the streets of Minneapolis. They vocally supported the protestors, but they primarily focused on confronting the police.

10. A concerned citizen with no connection to law enforcement reported to FBI San Antonio that in an online communication platform Rankin stated, "... I dont condone firing first either however we've already been fired upon." Rankin went on to state, "... "I'm gonna actively and blatantly disobey all the laws that infringe on my upon my freedom ins Hope's that I can inspire others to do the same Your complacent and play by their rules which is why you've gotten nowhere But don't worry well take it from here."

11. On May 30, 2020, Rankin and other males wearing similar boogaloo attire, and carrying long guns, were in downtown San Antonio attending the protest in reaction to the death of George Floyd. Rankin and the other described males with him were at the Alamo with other males carrying long guns but were wearing attire other than that consistent with the boogaloo ideology. The males were at the Alamo due to the Cenotaph being damaged by graffiti the night prior.

12. May 31, 2020, Rankin posted the inset profile photo on Facebook of Rankin and a group of males in his group wearing Hawaiian shirts, ballistic plate carriers, long guns, and one carrying the boogaloo flag. The photo is of the group walking on a sidewalk in downtown San Antonio the day of the May 30th protests. Rankin is also seen

4

carrying a handgun holstered on his right hip. The photo receives comments of support. Rankin replies to one commenter, "yeah, no fuck police hope they burn the precinct down." Rankin replies to another commenter with a screenshot photo of Minneapolis PD Officer Chauvin with his knee on the neck of George Floyd and the words, "This is why you need guns." Another Facebook user posted a comment to Rankin, "too used to seeing the other side out there like that tryna incite bullshit, I respect u if u out there for the right reason." Rankin replies, "I'm BOOGALOO we hate police." The same Facebook user continues with, "1312 brother". Rankin asks what 1312 means and the other Facebook user replies, "ACAB". (ACAB is an acronym for All Cops Are Bastards).

13. On May 31, 2020, Rankin reposts the same group photo, cropped in a circle. In the photo, Rankin has a black Galil rifle slung in front of his body (a Galil is an Israeli variant of an AK pattern assault rifle). Of the comments, Rankin replies to Facebook user Ivan Hunter (the subject of an FBI San Antonio predicated investigation) and stated, "hey man I talked with [E.F.] thanks for being in minianapolis." (Possibly referring to Minneapolis, Minnesota).

14. The San Antonio Express News website ran an article, by Brian Chasnoff, titled "San Antonio Police Chief: Out of State Extremists 'Infiltrate' Peaceful Protest." Part of the article discusses the Boogaloo Boys and a video is embedded in the article in which Rankin is seen with his group on Houston Street in downtown San Antonio debating other protesters. In the video, Rankin is seen speaking to people out of camera view. Rankin says he and his group are against the State and they were present to protect the monuments. Rankin is heard saying he and his group don't care if (whomever he is speaking to) wants to burn down the police station. Rankin says he and his group won't

5

stop them from doing that. The article also stated that the Boogaloo Boys love guns and hate the government. It explains the word "Boogaloo" is code for civil war. It also explains the warping of "Boogaloo" to "Big Igloo" and "Big Luau", hence the Hawaiian shirts and igloo symbol associated with the movement. In the video, Rankin is seen wearing a ballistic plate carrier with a black Galil (AK type) rifle slung across the front of his body.

15. Both human source (direct access) reporting and collection from industrial partners indicate that Rankin desired to travel and assist FBI predicated subjects during confrontations with law enforcement from May of 2020 to June of 2020.

16. Between May 1 and May 2, 2020, Rankin sent three messages to two Facebook accounts both attributed to a FBI Denver predicated subject asking if that subject was "ok" and if Rankin could provide "backup." That subject had posted earlier on May 1, 2020, requesting backup for "police swarming his house."

17. According to June 1, 2020, Facebook audio messages between Rankin and another Facebook account, Rankin informed the other account, "we're not just going to protest. We're going to (pause) boog. So uhm (pause) if you're not down for that uhm (pause) I would advice you not come," and assessed, "[H]onestly, if we take control of the White House... for liberty I think we can get somewhere."

18. A Human Source with direct access reported that Rankin is a participant in a Snapchat group identified as "Ice Bois/CO/WY." The reporting also revealed that on July 3, 2020, Rankin was planning more demonstrations. On July 4, 2020, Rankin was headed to Oregon to transfer bitcoin and may stop in Colorado on his way back. Rankin's

6

Snapchat ID was identified as "Notroadwarrior" and the username was identified as "burnout."

19. A Human Source with direct access reported that the purpose of the stop in Colorado would be to visit two FBI predicated subjects. Open source information revealed that Rankin documented his travel on his Instagram account.

20. FBI baseline database checks revealed that on March 23, 2018, Rankin attempted to purchase two long guns from Academy Sports and Outdoors #125 located on N. Loop 1604 W San Antonio, Texas. Rankin was denied the firearms transactions under the "Prohibited Category" for Adjudicated Mental Health.

21. Based on two Physician's Certification of Medical Examination for Mental Illness, the Bexar County Probate Court, Bexar County Texas, signed a Committal for Court Ordered Temporary Mental Health Services on May 13, 2008, which ordered Rankin committed to the Southwest Mental Health Center as an in-patient for a period of time not to exceed 90 days.

22. On July 30, 2020, FBI San Antonio contacted the National Instant Check System (NICS) regarding Rankin's 2018 firearms purchase denial at the Academy Sports and Outdoors store in San Antonio. Clarification was received from NICS indicating there was only one transaction which was initiated for the purchase of a firearm on March 23, 2018 and showed a mental health record was the reason for the denial. The mental health record for Rankin entered into NICS originated with the Bexar County Probate Court and was current as of July 30, 2020.

23. FBI San Antonio received information from a credible law enforcement source that Rankin had an airline travel reservation for August 10, 2020, flying from San

7

Antonio, Texas, through Charlotte, North Carolina through Philadelphia, Pennsylvania, on to Rankin's destination airport in Manchester, New Hampshire.

24. A check of Rankin's publicly accessible Facebook profile conducted on August 10, 2020, revealed that on Tuesday, August 4, 2020, Rankin posted a "selfie" photo on his Facebook timeline of himself holding a black Galil (AK type) rifle with an optic mounted, and magazine inserted, in a vertical position against his shoulder with his finger on the trigger. The background of the photo appeared to be the interior of a residence. Rankin also has other photos posted under the vanity name "Cameron Rankin" including a quote, which states, "Diligently Plotting to Take Over the World in order to Leave You Alone".

25. On August 10, 2020, Agents and Task Force Officers with FBI San Antonio observed Rankin enter the San Antonio International Airport wearing a Hawaiian shirt and a black ball cap with a "Boogaloo" flag embroidered on the front of the cap. Rankin was also observed exhibiting unusual behavior in the San Antonio International Airport. Rankin was observed changing shirts in the terminal area by the ticket counter several times.

26. FBI San Antonio received information Rankin checked a firearm, specifically a semiautomatic handgun, while at the airline ticket counter. Rankin does not possess a concealed handgun license or a license to carry a handgun.

27. After clearing the San Antonio International Airport security check point law enforcement partners again witnessed Rankin changing shirts several times in the gate area.

8

28. Rankin was again observed in the Charlotte, North Carolina airport terminal changing shirts several times. Rankin missed his connecting flight from Charlotte, North Carolina to Philadelphia, Pennsylvania. FBI San Antonio received information Rankin's checked baggage, containing the checked firearm, continued to Rankin's destination of Manchester, New Hampshire. Rankin was rebooked onto a later flight to Philadelphia, Pennsylvania, and remained in Philadelphia, Pennsylvania, overnight as there were no more flights departing on August 10, 2020, to Manchester, New Hampshire.

29. On August 11, 2020, Rankin arrived at the airport in Manchester, New Hampshire, on a flight from Philadelphia, Pennsylvania. Rankin was met in the airport terminal by ATF agents who served Rankin written notice that he is prohibited from possessing firearms, along with copies of Rankin's mental health records. ATF agents requested Rankin voluntarily surrender the handgun located in his checked luggage to which Rankin refused and became belligerent. Rankin told ATF agents that he was eight years old, referring to his age at the time of the mental health committal. ATF agents seized the handgun and ammunition. Rankin threw the notice letter and mental health records in the trash can before leaving the airport terminal.

30. Facebook (FB) returns pursuant to legal process were received. Rankin's FB account communicated with a FB user identified herein as TW. On January 16, 2020, (23:51:42 UTC), TW asked Rankin, "Are you going to the range next Saturday?" The FB message conversation continued with TW telling Rankin he got a new gun that was described as a full auto AK rifle and offered to allow Rankin to shoot it. On January 24,

9

2020, (0:29:46 UTC) TW provides Rankin with an apartment address on Oakwell Farms Parkway in San Antonio.

31. On February 2, 2020, (18:48:52 UTC), Rankin communicated on FB with a FB user identified herein as SR. Rankin messaged SR announcing Rankin bought a "gallil" and sends a photo of a Galil rifle propped up against an interior wall. Rankin messages SR saying he purchased the Galil at the gun show for "1000", "because I can".

32. Rankin expressed the desire to obtain additional firearms. On March 9, 2020, FB user TW messaged Rankin asking if Rankin still wanted a CZ Scorpion, which is a small assault rifle. Rankin replied, "yeah" followed by TW stating, "because I think I just solved your want for a small rifle".

33. On September 21, 2020, your affiant contacted an ATF Special Agent with the ATF Manchester, NH Field Office. That ATF special agent advised that ATF NH mailed Rankin a package containing another copy of the written notice served August 11, 2020, notifying Rankin that he is prohibited from possessing firearms, along with copies of Rankin's mental health records, as well as a letter regarding the administrative seizure of Rankin's handgun and Rankin's appeal rights pursuant to the seizure. ATF NH mailed the package to Rankin at his residence on Jackson Keller Rd in San Antonio, Texas.

34. On October 7, 2020, your affiant and FBI Special Agent Jonathan Garman drove to the Oakhampton apartments, which had been identified as Rankin's new residence, and observed Rankin's black motorcycle, with no license plate displayed,

10

parked near building 29. Your affiant and SA Garman met with the apartment complex management who confirmed the sole person on the lease for the apartment in which Rankin was residing is a person identified herein as NL. NL is Rankin's foster brother and is also still the sole tenant on the active lease at Rankin's former residence on Jackson Keller Road in San Antonio, TX.

35. Oakhampton apartment management confirmed NL arrived to the location on the back of a black motorcycle driven by Rankin. Rankin attempted to answer questions asked of NL by apartment management and was told to step out of the office as NL was the rental applicant. NL paid three months in advance on the apartment lease and was provided the key to move in on October 1, 2020. Apartment management advised NL that Rankin could not stay at the location for more than two consecutive nights. Apartment management have since seen Rankin's motorcycle at the location and observed Rankin exit the apartment asking construction workers on site what they were doing.

36. A CCTV camera is set up at the Oakhampton apartments with a view of building 29 and the balcony for the apartment in which Rankin was residing. Rankin has been seen nearly daily walking through the parking lot and up and down the stairs leading to the apartment at various times throughout the past days. Recent spot checks of the location have revealed Rankin's motorcycle parked near building 19. During apartment office hours, Rankin and his girlfriend have been observed walking away from the office, with motorcycle helmets in hand, which appear to be to avoid being spotted by apartment management. Rankin and his girlfriend have also been seen carrying what appeared to be groceries up to the apartment.

11

37. On October 20, 2020, your affiant applied for, and was granted, a search warrant of Rankin's residence. The search warrant was executed on October 28, 2020.

38. Pursuant to the execution of the search warrant of Rankin's residence, a black Galil assault rifle, which had traveled in interstate or foreign commerce was located inside of the residence in the sole bedroom of the apartment next to the camouflage ballistic plate carrier known to be worn by Rankin, loaded with two ammunition magazines.

39. Based on the above information, your Affiant assesses that Rankin is in unlawful possession of a firearm, has the capability and means to affect violence in furtherance of his beliefs, via the unlawful access to firearms, and access to a readily available mode of transportation.

Respectfully submitted,

David L. Snow
Task Force Officer
Federal Bureau of Investigation

Subscribed and electronically sworn to before me on 29th day of October 2020.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

12